# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:01cr44 |
| | § | (Judge Schell) |
| LESLIE ANN HORNER (24) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and the parties' waiver of right to file objections, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of twelve (12) months and one day with no supervised release to follow. This sentence shall be served consecutively to any sentence of imprisonment the Defendant is currently serving. The Court recommends that Defendant be housed in the Bureau of Prisons, Fort Worth Unit.

**SIGNED this the 5th day of April, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE